IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

APR 2 5 2005

Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

EDMOND L. LINDSEY, ET AL
    Appellant,

v.                                      04-CV2220D

MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY,
CITY OF MEMPHIS, ET AL
    Appellee

## MOTION TO EXCEED 20 PAGE LIMIT

    Comes now Edmond Lindsey, Pro Se Appellant, pursuant to FRCP and local rule 702 and asks this Honorable Court to allow an exception to exceed the 20 page limit due to the fact that Appellant is a Pro Se litigant and untrained in law and also due to time constraints. Appellant attempted to comply with the 20 page limit, but was unable to.

    Wherefore premise considered, Plaintiff pays that this Honorable Court will grant Appellant permission to exceed the 20 page limit.

Respectfully submitted,

Edmond L. Lindsey, Pro se
P O Box 30683
Memphis, TN 38130-0683
901-346-1911

**MOTION GRANTED**
DATE: 4-26-05
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compilance
with Rule 58 and/or 79(a) FRCP on 4-28-05

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing Motion of Edmond Lindsey to Exceed 20 Page Limit to Mr. R. Grattan Brown at 1700 One Commerce Square, Memphis, TN 38103, this-21-day of April, 2005.

*Edmond L. Lindsey*
Edmond L. Lindsey, Pro Se

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02220 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Edmond Lindsey
Pro Se
P.O. Box 30683
Memphis, TN 38130--068

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William R. Bradley
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT