UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
2005 JUN 28 PM 4:03

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

EDMOND L. LINDSEY, ET AL
Appellant,

V                                     04-2220 D

MEMPHIS-SHELBY COUNTY
AIRPORT AUTHORITY, ET AL
Appellee

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

05 JUN 30 PM 3:56
FILED BY ___ D.C.

MOTION TO FILE CORRECTED ORDER OF EXHIBITS TO MEMORANDUM
DATED ON OR ABOUT 4/24/05

Come now Appellant, Edmond Lindsey, Pro se and request permission to file

a Motion to correct the of exhibits to The Memorandum filed on or about 4/24/05.

Wherefore Appellant pray that this Honorable Court will grant Appellant

permission to file a Corrected order of Exhibits to said Memorandum.

Respectfully Submitted,

*Edmond R. Lindsey*
Edmond L. Lindsey, Pro se
P.O. Box 30683
Memphis, TN 38130
(901) 346-1911

**MOTION GRANTED**
DATE: 6-30-2005
*[signature]*
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

36

1

## CERTIFICATE OF SERVICE

I Edmond L. Lindsey do hereby certify that I have mailed postage prepaid a true and correct copy of the foregoing corrected order of Exhibits to Memorandum dated on or about 4/24/05, R. Grattan Brown, 1700 One Commerce Square, Memphis, TN 38103, this 28 day of JUNE, 2005.

*Edmond L. Lindsey*
Edmond L. Lindsey, Pro Se

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02220 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

William R. Bradley
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Edmond Lindsey
Pro Se
P.O. Box 30683
Memphis, TN 38130--068

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT